SCAD-13-0000134

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

BURTON D. GOULD, Respondent.

------------------------------------------------------------------

In Re Application for Reinstatement of

BURTON D. GOULD, Applicant.

---

ORIGINAL PROCEEDING

<u>ORDER GRANTING PETITION FOR REINSTATEMENT</u>
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna and Pollack, JJ.)

Upon consideration of the Report and Recommendation for the denial of Petitioner Burton D. Gould's petition for reinstatement to the practice of law, submitted to this court by the Disciplinary Board of the Supreme Court of the State of Hawaiʻi, and the record,

IT IS HEREBY ORDERED that Burton D. Gould's petition for reinstatement is granted, subject to the conditions set forth, below.

IT IS FURTHER ORDERED, pursuant to Rule 2.17(b) of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), that Burton D. Gould is reinstated to the practice of law in this jurisdiction. This order is effective upon filing, subject to the conditions set forth below and the provisions of RSCH Rule 2.17(d) concerning registration with Hawaiʻi State Bar Association.

IT IS FURTHER ORDERED that Petitioner Gould shall, within 365 days of the date of entry of this order, complete at his own expense, certified legal education, worth at least 6 units of Continuing Legal Education approved by the Hawaiʻi State Bar Association, in the area of ethics, including the provisions of the new Hawaiʻi Rules of Professional Conduct and the responsible management of client funds, separate and distinct from the 3 hours of Mandatory Continuing Professional Education required of all active attorneys, pursuant to Rule 22(a) of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH).

IT IS FURTHER ORDERED that Petitioner Gould shall, within 375 days of the entry date of this order, submit to the Office of Disciplinary Counsel (ODC) and this court proof of the completion of all required courses, including an affidavit of said completion. Petitioner Gould is hereby notified that failure to timely complete the required courses or to timely submit proof of their completion to this court and ODC may result in sanctions or other appropriate action by this court.

2

IT IS FINALLY ORDERED that, pursuant to RSCH Rule 2.17(d), Petitioner Gould shall bear the costs of the reinstatement proceedings, upon the timely submission of a verified bill of costs, within 60 days of the date of entry of this order.

DATED:  Honolulu, Hawaiʻi, July 18, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack



3